| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:08-CR-178 |
| | § | |
| ANTONIO MURDOCK (2) | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. The parties having filed no objections to the magistrate judge's findings, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with two (2) years supervised release to follow. Sentence to run concurrently with sentence in 4:17-cr-137. The Court further recommends that Defendant's term of imprisonment be carried out in a facility as close to Dardanelle, Arkansas, as possible, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 11th day of October, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE